IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYLA REED,<br><br>        Plaintiff,<br><br>vs.<br><br>TOBY SMITH, SARAH JONES, KENT TURNBULL, STATE OF NEBRASKA, ANGELA FRANZ, THE CITY OF NORTH PLATTE, NE, and GOV. PETE RICKETTS,<br><br>        Defendants. | **8:21CV305**<br><br>**MEMORANDUM AND ORDER** |

On January 21, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 6.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 6 at CM/ECF p. 7.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1.      This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.      Judgment shall be entered by separate document.

DATED this 3rd day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge